STATE OF NEW JERSEY v. JACK KRAKAUER.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. SALEK.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM TOMARAS.

July 14, 1982.

Petition for certification denied.

GLORIA GABEL v. PETER MANETTO.

July 14, 1982.

Petition for certification dismissed as moot.